**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| **JOHN J. MCILVAINE, Individually and on Behalf of a Class of Persons Similarly Situated,**<br><br>  **Plaintiff,**<br><br>**v.**<br><br>**ARTHROCARE CORPORATION, MICHAEL A. BAKER AND MICHAEL GLUK**<br><br>  **Defendants.** | **CASE NO.  1:08-CA-863-SS** |

### MOTION TO STRIKE INCORRECTLY FILED DOCUMENT

Defendants respectfully moves the Court to Strike the Notice filed on December 3, 2008 (Document Number 72) as it was filed/docketed in error.  The above referenced matter has been consolidated into Case Number 1:08-CV-00574-SS entitled *Strong v. ArthroCare Corporation, et. al.*, and this notice will be filed and docketed under that case number.

Respectfully submitted,

Dated:  December 4, 2008

By: /s/ Jennifer A. Lloyd

GEOFFREY R. UNGER (TX Bar No. 0077586)
JENNIFER A. LLOYD (TX Bar No. 24013050)
COURTNEY STEWART (TX Bar No. 24042039)
**DLA PIPER US LLP**
1221 South MoPac Expressway, Suite 400
Austin, TX 78746-6875
Phone: 512-457-7047
Fax: 512-457-7001

ROBERT W. BROWNLIE (CA Bar No. 138793)
**DLA PIPER US LLP**
401 B Street, Suite 1700
San Diego, CA  92101-4297
Tel: 619-699-2700
Fax: 619-699-2701

ATTORNEYS FOR DEFENDANT
ARTHROCARE CORPORATION

## CERTIFICATE OF SERVICE

I certify that on this 4th day of December 2008, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system.

/s/ Jennifer A. Lloyd

Jennifer A. Lloyd

WEST\21611273.1

- 2 -